# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

Marilyn Kelly,
Chief Justice

138711

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

　　　　　　　　　　　　　　　　　　　　　　SC: 138711
　　　　　　　　　　　　　　　　　　　　　　COA: 283131
　　　　　　　　　　　　　　　　　　　　　　Genesee CC: 07-021495-FH

MICHAEL RAY ANDERSON,
　　　　Defendant-Appellant.
_____/

　　　　On order of the Court, the application for leave to appeal the February 24, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

d0720

_____
Clerk